[No. 14696-1-III.    Division Three.    September 3, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY JAY BARTON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 94-1-01452-9, Harold D. Clarke, J., entered February 1, 1995. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Munson and Thompson, JJ.

[No. 32985-5-I.    Division One.    September 3, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH WARNOCK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-00965-4, Laura Inveen, J., entered October 7, 1993. *Reversed* by unpublished opinion per Ellington, J., concurred in by Baker, C.J., and Agid, J.

[No. 34018-2-I.    Division One.    September 3, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL LAWRENCE SUTTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-02745-8, Deborah Fleck, J., entered January 24, 1994. *Affirmed* by unpublished opinion per Agid, J., concurred in by Grosse and Webster, JJ.